IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.   NO. 04-20372-Ma

ANTHONY DRIVER,

    Defendant.

## ORDER EXTENDING MOTIONS DEADLINE

Before the court is defendant Anthony Driver's March 24, 2005, motion for an additional extension of time within which to file pretrial motions in this matter. For good cause shown, the motion is granted. The defendant shall have until April 11, 2005 to file pretrial motions in this matter.

IT IS SO ORDERED this 1st day of April, 2005.

              SAMUEL H. MAYS, JR.
              UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-4-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:04-CR-20372 was distributed by fax, mail, or direct printing on April 4, 2005 to the parties listed.

---

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT