IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                       Cr. No. 04-20372 - Ma

ANTHONY DRIVER,

    Defendant.

---

ORDER GRANTING APPLICATION FOR WRIT
OF HABEAS CORPUS AD TESTIFICANDUM

---

THIS CAUSE having come before this Court upon the petition of the defendant for an order directing a Writ of Habeas Corpus Ad Testificandum, and for good cause shown, the court hereby GRANTS the motion.

David G. Jolley, United States Marshal for the Western District of Tennessee, is hereby commanded to have Fulton Wright, R&I Number 237264, date of birth November 26, 1976, who is confined at the Shelby County Correctional Center, 1045 Mullins Station Road, Memphis, Tennessee in the custody of Chief Anthony Alexander, brought before this United States District Court on Friday, June 3, 2005, at 9:00 a.m.

IT IS SO ORDERED.

June 2, 2005
--------
DATE

                                         UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-9-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:04-CR-20372 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT