IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 23 PM 4: 45

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,      )
                               )
        Plaintiff,             )
                               )
vs.                            )      CR. NO. 04-20372-Ma
                               )
ANTHONY DRIVER,                )
                               )
        Defendant.             )

---

**ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY**

---

This cause came on for a change of plea hearing on December 1, 2005.  Defendant indicated that he no longer wanted to plead guilty.  Defense counsel requested a continuance in order to allow for additional preparation for trial in this case.

The Court granted the request and continued the trial to the rotation docket beginning Tuesday, January 3, 2006, with a report date of Friday, December 23, 2005 at 2:00 p.m.

The period from December 1, 2005 through January 13, 2006 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the interests of justice in allowing additional time to prepare outweigh the need for a speedy trial.

**IT IS SO ORDERED** this ____23d____ day of December, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _12-29-05_



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 60 in case 2:04-CR-20372 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

Anthony Driver
WTDF
20037-076
P.O. Box 509
Mason, TN 38049

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen P. Jones
U.S. ATTORNEY'S OFFICE
Federal Building
167 N. Main
Ste 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT